885 A.2d 438

IN THE MATTER OF THOMAS J. COLEMAN, III, AN
ATTORNEY AT LAW (ATTORNEY NO. 007301990).

November 16, 2005.

## ORDER TO SHOW CAUSE

The Supreme Court having ordered on November 4, 2005, that
**THOMAS J. COLEMAN, III,** of **MOORESTOWN,** who was
admitted to the bar of this State in 1990, be suspended from the
practice of law for a period of one year, effective December 1,
2005;

And respondent have filed with the Court motions for reconsid-
eration pursuant to *Rule* 2:11–6, for a stay of the Order of
suspension, and for oral argument;

And good cause appearing;

It is ORDERED that respondent's motions for reconsideration,
a stay of the Order of suspension, and oral argument are granted,
and **THOMAS J. COLEMAN, III,** shall show cause before this
Court on Wednesday, November 30, 2005, at 2:00 p.m. in the
Supreme Court courtroom, Hughes Justice Complex, Trenton,
why he should not be disbarred or otherwise disciplined; and it is
further

ORDERED that David E. Johnson, Jr., Esq., or his designee
shall present this matter to the Court.